THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Janet Elgin Arthurs, Personal Representative of
the Estate of Betty B. Stephens, Deceased, Petitioner,
v.
Sue H. Brown, Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF 
 APPEALS

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Memorandum Opinion No. 2004-MO-069
Submitted November 19, 2004  Filed 
 December 6, 2004

REVERSED AND REMANDED

 
 
 
Richard Edwin Miley, of North Augusta, for Petitioner.
Phillip E. Reeves, Esquire, and Jennifer D. Eubanks, both of Gallivan, White 
 & Boyd, PA, of Greenville, for Respondent.
 
 
 

PER CURIAM:          Petitioner seeks a writ of 
 certiorari to review the Court of Appeals dismissal of her appeal as untimely.  
 Additionally, petitioner has submitted a motion to remand, asking this Court 
 to remand the case to the Court of Appeals for reconsideration in light of our 
 recent decision in Elam v. S.C. Dept of Transp., 361 S.C. 9, 602 S.E.2d 
 772 (2004).
Following a jury verdict in favor of respondent, petitioner 
 orally moved for judgment notwithstanding the verdict and a new trial.  After 
 the denial of these motions, petitioner unsuccessfully moved to alter or amend 
 the judgment pursuant to Rule 59(e), SCRCP.  Without reaching the merits, the 
 Court of Appeals dismissed petitioners appeal as untimely. [1] 
In light of Elam, supra, we find petitioners notice of appeal 
 was timely.  Accordingly, we grant the petition for a writ of certiorari, dispense 
 with further briefing, reverse the Court of Appeals decision, and remand to 
 the Court of Appeals for consideration of the issues on appeal.  Petitioners 
 motion to remand is denied as moot.
 REVERSED AND REMANDED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., 
 concur.

 
 [1] Arthurs v. Brown, Op. No. 2004-UP-216 (S.C. 
 Ct. App. filed March 30, 2004).